**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WILLIAM MANNS, )<br>        Plaintiff, )<br>    v. ) Civil Action No. 05-315 Erie<br>BUREAU OF PRISONS and )<br>FCI MCKEAN STAFF, )<br>        Defendants. ) | |

## **MEMORANDUM ORDER**

This civil rights action was received by the Clerk of Court on October 24, 2005, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 44], filed on July 16, 2007, recommended that Defendants' motion to dismiss or in the alternative for summary judgment [Doc. No. 32] be granted. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail and on Defendants. No objections were filed. After de novo review of the motion and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 29th day of August, 2007;

IT IS HEREBY ORDERED that the Defendants' motion to dismiss or in the alternative for summary judgment [Doc. No. 32] is GRANTED.

The Report and Recommendation [Doc. No. 44] of Magistrate Judge Baxter, filed on July 16, 2007, is adopted as the opinion of the Court.

                                s/   Sean J. McLaughlin
                                     United States District Judge

cm:    All parties of record
       Susan Paradise Baxter, U.S. Magistrate Judge